Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-583-3695
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
ARLENE GONZALES

**UNITED STATES DISTRICT COURT,**
**EASTERN DISTRICT OF CALIFORNIA,**
**FRESNO DIVISION**

| | |
|---|---|
| ARLENE GONZALES, ) | Case No.: |
| Plaintiff, ) | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. ) | |
| SCOTT LOWERY LAW OFFICES, PC, ) | **(Unlawful Debt Collection Practices)** |
| Defendant. ) | |

**VERIFIED COMPLAINT**

Plaintiff, ARLENE GONZALES (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against Defendant, SCOTT LOWERY LAW OFFICES, PC, (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

**JURISDICTION AND VENUE**

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court

without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained within.

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

6. Plaintiff is a natural person residing in Visalia, Tulare County, California.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection agency with a business office in Denver, Colorado.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant communicated with Plaintiff seeking and demanding payment for an alleged debt (Defendant's account number ending in 0076).

12. Defendant is attempting to collect a debt from Plaintiff on behalf of the original creditor, METRIS, with an account number ending in 2550 (Defendant's collection letter regarding the METRIS debt dated November 4, 2009, is attached as Exhibit A).

13. The debt owed to METRIS is for a consumer account (Exhibit A).

14. Plaintiff's alleged debt owed to METRIS arises from transactions for personal, family, and household purposes (Exhibit A).

15. On or about November 4, 2009, Defendant sent Plaintiff the letter attached as Exhibit A regarding the debt owed to METRIS (Exhibit A).

16. Defendant's letter attached as Exhibit A is printed on Defendant law firm's letterhead.

17. Plaintiff believed Defendant's letter attached as Exhibit A meant that legal action has been, or soon will be, brought against Plaintiff.

18. Defendant did not intend to take legal action against Plaintiff at the time Defendant mailed the November 4, 2009, letter to Plaintiff, as Defendant's letter states that "At this time, no attorney with our law firm has personally reviewed the particular circumstances of your [Plaintiff's] account" (Exhibit A).

19. As of the filing of this Complaint, Defendant has not taken any legal action against Plaintiff.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

20. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692e of the FDCPA by using false, deceptive, and misleading representations in connection with the collection of any debt;

    b. Defendant violated §1692e(3) of the FDCPA by falsely representing that the communication is from an attorney;

    c. Defendant violated §1692e(5) of the FDCPA by threatening to take legal action against Plaintiff even though Defendant has not and does not intend to take such action; and

    d. Defendant violated §1692e(10) of the FDCPA by using false and deceptive means in an attempt to collect a debt.

WHEREFORE, Plaintiff, ARLENE GONZALES, respectfully requests judgment be entered against Defendant, SCOTT LOWERY LAW OFFICES, PC, for the following:

21. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

22. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

23. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

24. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

25. Defendant violated the RFDCPA based on the following:

   a. Defendant violated the *§1788.13(j)* of the RFDCPA by falsely representing that a legal proceeding will be instituted unless payment is made

   b. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq*.

WHEREFORE, Plaintiff, ARLENE GONZALES, respectfully requests judgment be entered against Defendant, SCOTT LOWERY LAW OFFICES, PC, for the following:

*26.* Statutory damages of $1000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

27. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

28. Any other relief that this Honorable Court deems appropriate.

*///*

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, ARLENE GONZALES, demands a jury trial in this case.

                                                   RESPECTFULLY SUBMITTED,

DATED: November 4, 2010          KROHN & MOSS, LTD.


                                          By: /s/:_____Michael S. Agruss_____

                                                Michael S. Agruss
                                                Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, ARLENE GONZALES, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, ARLENE GONZALES, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 10-13-10                      *Arlene Gonzales*
                                    ARLENE GONZALES

# EXHIBIT A

# P. SCOTT LOWERY, P.C.*
## Attorneys And Counselors At Law

*A trade name for Scott Lowery Law Offices, P.C.

David L. Michael
James R. Wolf
Veronica L. Noecker

4500 Cherry Creek Drive South
Suite 700
Denver, Colorado 80246
Telephone (303) 218-7550
Toll Free  (866) 202-0021
Telefax   (303) 218-7548 or 7549

NOVEMBER 04TH, 2009

S ***AUTO**ALL FOR AADC 910
21328-040/15382002091100076/1516   002
ARLENE M GONZALES                            40
4130 W SCHOOL AVE
VISALIA, CA 93291-5443

07214

RE:  Creditor:                          CACH, LLC
     Lowery Account No.:                ████████0076
     Original Creditor:                 METRIS
     Original Creditor Account No.:     ████████2550
     Current Balance Claimed Due:       ████████

Dear ARLENE GONZALES:

This office has been retained to collect the debt owed by you to CACH, LLC who now owns the debt having purchased it from the original creditor named above. This is a demand for full payment because you had ample time to pay the indebtedness.

You are hereby advised: Unless you, the consumer, notify this office within thirty days after receipt of this notice that you dispute the validity of the debt or any portion thereof, the debt will be assumed to be valid by this office. If you, the consumer, notify this office in writing within thirty days after receipt of this notice, that the debt or any portion thereof is disputed, this office will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by this office. Upon your written request within thirty days after receipt of this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA.

"The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov."

At this time no attorney with our law firm has personally reviewed the particular circumstances of your account. Please call our office immediately. The toll free number is 866-202-0021.

If you would like to make a payment online please go to www.lowerylawgroup.com

P. SCOTT LOWERY, P.C.

**This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

As required by law you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations

DM1P CA

002 1516